AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

United States District Court
Southern District of Texas

**ENTERED**
December 16, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:19−cr−00822 |
| | § | |
| James Ray Bunn | § | |

## ORDER SCHEDULING

The in this case is scheduled as follows:

| Place: | Location: |
|---|---|
| | Date and Time: December 18, 2019 at 10:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: December 16, 2019

Frances H. Stacy
United States Magistrate Judge