United States District Court
Southern District of Texas
**ENTERED**
January 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § | CRIMINAL H-19-822 (01) |
| James Ray Bunn, | § | |

### Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on counts ___3___ a presentence report is ordered.

1. By March 23, 2022 the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By April 6, 2022, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By April 20, 2022, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for April 27, 2022 at 2:00 p.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

    United States Probation Department
    Room 2301, 515 Rusk Avenue, Houston
    Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed January 10, 2022

_____
United States Magistrate Judge

Copies: United States Probation
AUSA: Erin Epley
Defense Counsel: Ray Vazquez (CJA)
Defendant is **in Custody.**