United States District Court
Southern District of Texas
**ENTERED**
April 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| United States of America, | § | |
| --- | --- | --- |
| | § | |
| v. | § | C.R. H-19-822 |
| | § | |
| James Ray Bunn, | § | |

## ORDER

By agreement of the judges involved, it is hereby ORDERED that this criminal case is TRANSFERRED to the Honorable Gregg Costa for all further proceedings. Deadlines and court settings remain in effect.

SIGNED at Houston, Texas, on this 25th day of April, 2022.

*David Hittner*
DAVID HITTNER
United States District Judge