JUDGE ~~David Hittner~~ Gregg Costa
CASE MANAGER ELLEN ALEXANDER    RPTR/~~Tape~~ Mayra Malone
USPO Candice Shetsky    INTERPRETER N/A

TIME ____|____ A.M.    2:00 | 2:15 P.M.    DATE 4/27/22
     begin end            begin  end

CR. NO. 4:19-822    DEFT. NO. 01

UNITED STATES OF AMERICA    § Erin Epley    AUSA
VS.                         §
James Ray Bunn              § Ray Vazquez   ☑ CJA

## SENTENCING

☑ ksen.   Sentencing held. ☑ Guilty plea ☐ Guilty verdict on 11-23-21, Cts. 2 + 4

☐ ksen.   Sentencing held **with contested issues**.

☑ ...     SENTENCE: Custody of the Bureau of Prisons for a term of 84 months as to Counts 2 + 4 to run consecutively for a total term of 168 months. Supervised Release for a total term of 5 years. No fine imposed and No restitution imposed. This sentence to run consecutive to any sentence in the Brazoria County case.

          ~~$50~~ $100.00 special assessment on Counts 2 and 4

☐ ...     **Time to serve**.

☑ kdismcntgv.  Counts 1 and 3 dismissed on government's motion.

☐ kosurr.  Deft ordered to surrender to U.S. Marshal on _____.

☐ ...     Deft ordered to surrender to institution when designated.

☐ kcphrg. Change of plea hearing, deft withdraws plea of guilty. (kpstr.).

☐ kjytrl. Jury trial set for _____ at _____.

☐ ko.(bnd.). Deft bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ ...     Deft failed to appear, bench warrant to issue.

☐ ...     Deft bond ☐ continued ☐ forfeited.

☑ ...     Deft remanded to custody.

☑ ...     Terminate other settings for this deft.    ☑ Terminate motions for this deft.
          OTHER PROCEEDINGS: #71- Unopposed Motion for Continuance is withdrawn.

Copy to: USPO